**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR **CHRISTINA JENINE SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTINA JENINE SANDERS,<br><br>*Defendant*. | 1:07-cr-129OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br>Date: January 22, 2008<br>Time: 9:00 a.m.<br>Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for **November 26, 2007 may be continued to January 22, 2008 at 9:00 a.m.**

The continuance sought is at the requests of counsel to allow for the Government and the defense to procure experts to evaluate and interpret special education case files including complex testing results that are relevant to the issue of *mens rea*.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

//

|   |   |
|---|---|
|   | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: November 19, 2007 | By  /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 19, 2007 | /s/ Galatea DeLapp<br>*GALATEA DeLAPP* Attorney for<br>*CHRISTINA JENINE SANDERS* |

**ORDER**

IT IS SO ORDERED.

**Dated:   November 20, 2007**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE