1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   CASE NO.   1:07-CR-00129 OWW
                                     )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE AND PROPOSED ORDER
13 v.                                )
                                     )
14 CHRISTINA JENINE SANDERS,         )
                                     )
15         Defendant.                )
                                     )
16 _____)

17
        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18
   counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, Galatea DeLapp, Attorney
19
   for Defendant CHRISTINA JENINE SANDERS, that the Status Conference presently set for March 31,
20
   2008,  at 9:00 a.m., may be continued to April 21,  2008, at 1:30 p.m.
21
        The continuance is necessary to allow attorneys to meet and confer regarding a possible defense
22
   of the defendant.
23
   ////
24
   ////
25
   ////
26
   ////
27
   ////
28

                                              1

1  The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under
2  18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the
3  parties' preparation of the case.

DATED: March 27, 2008            By     /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney


DATE: March 27, 2008             By     /s/ Galatea DeLapp
                                        GALATEA DeLAPP
                                        Attorney for Christina Jenine Sanders


**ORDER**

IT IS SO ORDERED.

**Dated:   March 27, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE