1  **GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR **CHRISTINA JENINE SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | 1:07-cr-129OWW |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| CHRISTINA JENINE SANDERS, | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for **April 21, 2008 at 1:30 p.m. may be continued to May 20, 2008 at 1:30 p.m.**

The continuance sought is at the requests of counsel to allow for the Government and defense counsel to meet with the defendant and later confer in order to facilitate a possible resolution to the case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

//

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | ***McGREGOR M. SCOTT***<br>United States Attorney |
| 2 | DATED: April 17, 2008 | By | /s/ Stanley A. Boone |
| 3 |   |   | ***STANLEY A. BOONE***<br>Assistant United States Attorney |
| 4 |   |   | Attorney for Plaintiff |

DATED: April 17, 2008

*/s/ Stanley A. Boone*
***STANLEY A. BOONE***
Assistant United States Attorney
Attorney for Plaintiff

***DANIEL J. BRODERICK***
Federal Defender

DATED: APril 17, 2008

/s/ Galatea DeLapp
***GALATEA DeLAPP*** Attorney for
***CHRISTINA JENINE SANDERS***

**ORDER**

IT IS SO ORDERED.

**Dated:   April 17, 2008**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE