McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00129 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| CHRISTINA JENINE SANDERS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Galatea DeLapp, Attorney for Defendant CHRISTINA JENINE SANDERS, that the Status Conference presently set for June 9, 2008, at 9:00 a.m. may be continued to July 7, 2008, at 9:00 a.m.

   The continuance is necessary to allow attorneys to meet and confer regarding further negotiations and possible defense of the defendant.

////

////

////

////

////

1

1   The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: June 4, 2008        By    /s/ Stanley A. Boone
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorney


DATE: June 4, 2008         By    /s/ Galatea DeLapp
                                 GALATEA DeLAPP
                                 Attorney for Christina Jenine Sanders


**ORDER**

IT IS SO ORDERED.

**Dated:   June 5, 2008**            /s/ **Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE