**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **CHRISTINA JENINE SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>    *Plaintiff*,       )<br>           )<br>       v.       )<br>           )<br>CHRISTINA JENINE SANDERS,  )<br>           )<br>    *Defendant*.      )<br>_____ ) | 1:07-cr-129OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for **July 7, 2008  may be continued to September 15, 2008 at 1:30 p.m.**

A continuance is necessary  because counsel for the Government and the defense must  meet with the defendant in order to facilitate a possible resolution to the case.  A delay of this length is necessary because counsel for defense must have major non-elective surgery and the recovery period is expected to be eight weeks.

//

//

//

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§
3  3161(h)(8)(A).

DATED: July 1, 2008                            /s/ Galatea DeLapp

                                                             **GALATEA DeLAPP** Attorney for
                                                             ***CHRISTINA JENINE SANDERS***

DATED: July 1, 2008                            **McGREGOR M. SCOTT**
                                                             United States Attorney

                                     By       /s/ Stanley A. Boone
                                             ***STANLEY A. BOONE***
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   July 3, 2008**                          /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE