McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   1:07-CR-00129 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |
| v. | |
| CHRISTINA JENINE SANDERS, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Galatea DeLapp, Attorney for Defendant CHRISTINA JENINE SANDERS, that the Status Conference presently set for October 14, 2008, at 9:00 a.m., may be continued to January 12, 2009, at 9:00 a.m.

　　　The continuance is necessary due to the fact that Attorney Boone is currently in trial and Attorney DeLapp is beginning a capital defense trial estimated to take at least two months.   Further investigation is also needed in this matter.

////

////

////

////

1

1  The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under
2  18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the
3  parties' preparation of the case.

5  DATED: October 8, 2008			By	/s/ Stanley A. Boone
						STANLEY A. BOONE
6						Assistant U.S. Attorney

8  DATE: October 8, 2008			By	/s/ Galatea DeLapp
						GALATEA DeLAPP
9						Attorney for Christina Jenine Sanders

**ORDER**

It is hereby ordered that the status conference currently set for October 14, 2008, at 9:00 a.m. is continued to January 12, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 9, 2008**			/s/ Oliver W. Wanger
						UNITED STATES DISTRICT JUDGE