```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   1:07-CR-00129 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER |
| v. ) | |
| CHRISTINA JENINE SANDERS, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Galatea DeLapp, Attorney for Defendant CHRISTINA JENINE SANDERS, that the date for filing motions be continued from March 2, 2009, to March 23, 2009; that the responses to motions currently due March 16, 2009, be continued to April 20, 2009, and the Motions hearing currently set for March 30, 2009, at 9:00 a.m., may be continued to April 27, 2009, at 9:00 a.m.

////

////

////

////

////

1  The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under
2  18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the
3  parties' preparation of the case.

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: February 26, 2009        By       /s/ Stanley A. Boone
                                                    STANLEY A. BOONE
                                                    Assistant U.S. Attorney

DATE: February 26, 2009         By       /s/ Galatea DeLapp
                                                      GALATEA DeLAPP
                                                    Attorney for Christina Jenine Sanders

## ORDER

It is hereby ordered that the date for filing motions be continued from March 2, 2009, to March 23, 2009, the date for filing responses to motions be continued from March 16, 2009, to April 20, 2009, and the hearing date on the motions be continued from March 30, 2009, to April 27, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 4, 2009**                    /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE