1 LAWRENCE G. BROWN
Acting United States Attorney
2 STANLEY A. BOONE
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00129 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER |
| ) | |
| v. ) | |
| ) | |
| CHRISTINA JENINE SANDERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Galatea DeLapp, Attorney for Defendant CHRISTINA JENINE SANDERS, that the motions hearing currently set for April 27, 2009, at 9:00 a.m., may be continued to May 18, 2009, at 9:00 a.m. The request for continuance is being made at the request of counsel for defendant due to unavailability.

////

////

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 22, 2009   By   /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

DATE: April 22, 2009   By   /s/ Galatea DeLapp
GALATEA DeLAPP
Attorney for Christina Jenine Sanders

## ORDER

It is hereby ordered that the hearing dated on the motions be continued from April 27, 2009, to May 18, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 22, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE