1  **GALATEA DeLAPP  #181581**
Attorney at Law
2  4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3  PHONE (559) 803-0471
FAX (559) 961-4488
4

5  ATTORNEY FOR   **CHRISTINA JENINE SANDERS**

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) |
| 12       *Plaintiff*, | ) 1:07-cr-129OWW<br>) |
| 13       v. | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE; AND ORDER THEREON |
| 14  CHRISTINA JENINE SANDERS, | ) |
| 15       *Defendant*. | ) |
| 16  _____ | ) |

17       **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through

18  their respective attorneys of record herein, that the continued motion and status conference

19  hearing in the above captioned matter now scheduled for **August 3, 2009  may be**

20  **continued to September 8, 2008 at 1:30 p.m.**

21       A continuance is necessary in the interest of justice and for further investigation

22  arising from recent discovery and to receive expert reports.

23       The parties agree that the delay resulting from the continuance shall be excluded in

24  the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§

25  3161(h)(8)(A).

26

27

28

DATED: July 29, 2009                              /s/ Galatea DeLapp

**GALATEA DeLAPP** Attorney for
**CHRISTINA JENINE SANDERS**

DATED: July 29, 2009                              **McGREGOR M. SCOTT**
United States Attorney

By       /s/James Terzian
**JAMES TERZIAN**
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   July 29, 2009**                              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE