# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0129 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: POTENTIAL |
| | ) | WITNESSES |
| v. | ) | |
| | ) | |
| CHRISTINA JENINE SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's direction, the government submitted for *in camera* review, analysis of the personnel files of the potential witnesses in this case, who are IRS Special Agent Kulbir Mand, Special Agent Michelle Casarez, Special Agent Juan Carlos Quirarte, and Retired Special Agent John Broussard.

After review of the submissions by the Department of Treasury, Internal Revenue Service, there is no information to constitute or give rise to any suspicion that any of the proposed witnesses has engaged in conduct evidencing dishonesty, perjurious conduct, or other negative information that bears on the credibility of any of these proposed witnesses. There is no information to disclose.

Based on this finding, the submission of the United States

1

1  **shall be placed under seal to be retained under seal pending**
2  **further order of this Court, or upon order for review by a higher**
3  **court.**
4
5  IT IS SO ORDERED.
6  **Dated:   August 13, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE