1  **GALATEA DeLAPP #181581**
Attorney at Law
2  4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3  PHONE (559) 803-0471
FAX (559) 961-4488
4

5  ATTORNEY FOR **CHRISTINA JENINE SANDERS**

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )
                              )  1:07-cr-129-OWW
12       *Plaintiff*,          )
                              )  STIPULATION TO CONTINUE STATUS
13       v.                    )  CONFERENCE; AND ORDER THEREON
                              )
14  CHRISTINA JENINE SANDERS,  )
                              )
15       *Defendant*.          )
    _____   )
16

17  **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through

18  their respective attorneys of record herein, that the continued motion and status conference

19  hearing in the above captioned matter now scheduled for **September 28, 2009  may be**

20  **continued to November 2, 2009 at 1:30 PM**

21  A continuance is necessary for further investigation, psychological testing, report

22  preparation, and plea negotiations.

23  //

24  //

25  //

26  //

27  //

28  //

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective preparation and plea negotiations pursuant to 18
3  U.S.C. §§ 3161(h)(8)(A).

DATED: September 24, 2009                 /s/ Galatea DeLapp

**GALATEA DeLAPP** Attorney for
**CHRISTINA JENINE SANDERS**

DATED: September 24, 2009                 **McGREGOR M. SCOTT**
United States Attorney

                                    By    /s/James Terzian
                                          **JAMES TERZIAN**
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   September 24, 2009**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2