**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR **CHRISTINA JENINE SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> CHRISTINA JENINE SANDERS, ) <br> ) <br> *Defendant*. ) <br> ─────────────────────────── ) | 1:07-cr-129-OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the continued motion and status conference hearing in the above captioned matter now scheduled for **November 2, 2009 at 1:30 PM may be continued to December 14, 2009 at 9:00 AM**

A continuance is necessary for psychological testing, report preparation, continued plea negotiations, and to accommodate trial schedule of counsel.

//
//
//
//
//
//

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective preparation and plea negotiations pursuant to 18
3  U.S.C. §§ 3161(h)(8)(A).

7  DATED: October 28, 2009                    /s/ Galatea DeLapp

8                                             **GALATEA DeLAPP** Attorney for
                                               **CHRISTINA JENINE SANDERS**

10 DATED: October 28, 2009                   **McGREGOR M. SCOTT**
                                              United States Attorney

12                                    By      /s/James Terzian
                                              **JAMES TERZIAN**
13                                            Assistant United States Attorney
                                              Attorney for Plaintiff

17 IT IS SO ORDERED.

18 **Dated:   October 29, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE