**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR  **CHRISTINA JENINE SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-129-OWW |
| *Plaintiff*, ) | |
| v. ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| CHRISTINA JENINE SANDERS, ) | |
| *Defendant*. ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the continued motion and status conference hearing in the above captioned matter now scheduled for **December 14, 2009 at 9:00 AM** may be continued to **January 11, 2010 at 1:30 PM**

A continuance is necessary for expert report preparation bearing on continued plea negotiations, and to accommodate trial schedule of counsel.

//
//
//
//
//
//

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective preparation and plea negotiations pursuant to 18
3  U.S.C. §§ 3161(h)(8)(A).

7  DATED: December 9, 2009                    /s/ Galatea DeLapp
8                                             **GALATEA DeLAPP** Attorney for
                                              **CHRISTINA JENINE SANDERS**

10 DATED: December 9, 2009                    **McGREGOR M. SCOTT**
                                              United States Attorney

12                                       By   /s/James Terzian
                                              **JAMES TERZIAN**
13                                            Assistant United States Attorney
                                              Attorney for Plaintiff

17 IT IS SO ORDERED.
18 **Dated:   December 9, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

2