BENJAMIN B. WAGNER
United States Attorney
JAMES R. TERZIAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA JENINE SANDERS,<br><br>　　　　Defendant. | CR NO.1:07-cr-00129 OWW<br><br>ORDER FOR COMPETENCY EXAMINATION |

　　　It appearing to the Court that the defendant, CHRISTINA JENINE SANDERS, is charged by indictment with violations of 18 U.S.C. § 287 and 18 U.S.C. § 1344; representations have been made by the defense that Dr. Laura A. Geiger evaluated the defendant and determined that she is not competent to stand trial; the government is entitled to have their own psychologist evaluate the defendant's mental competency to stand trial.

　　　IT IS, THEREFORE, ORDERED THAT:

　　　1.　　Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is ordered to cooperate and submit to a psychological examination

1

1  to be conducted by a licensed or certified psychologist or
2  psychiatrist selected by the government.
3       2.   The psychiatrist or psychologist is ordered to file a
4  psychiatric or psychological report with the court, with copies
5  provided to the counsel for the defendant and the attorney for the
6  government.  The report shall include the information required by
7  18 U.S.C. § 4247 (c), to wit;
8            A.   The defendant's history and present symptoms;
9            B.   A description of the psychiatric, psychological and
10 medical tests that were employed and their results;
11           C.   The examiner's opinion as to diagnosis, prognosis,
12 and whether defendant is suffering from a mental disease or defect
13 rendering her mentally incompetent to the extent that she is
14 unable to understand the nature and consequences of the proceedings
15 against her or to assist properly in her defense.
16      3.   The government is permitted to provide its psychologist
17 or psychiatrist with a copy of the defendant's psychological
18 evaluation report prepared by Dr. Laura A. Geiger, dated 12/23/09
19 and 12/24/09.
20      4.   The parties agree that the time delay resulting from this
21 examination and issuance of a report shall be excluded as necessary
22 for effective defense preparation pursuant to 18 U.S.C.
23 3161(h)(8)(A) and (B)(iv).  For this reason, the ends of justice
24 outweigh the interest of the public and the defendant in a speedy
25 trial.

DATED: January 14, 2010         /s/ OLIVER W. WANGER
                                HONORABLE OLIVER W. WANGER
                                U.S. Senior District Court Judge

2